# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00065-CV

**Betty Scott, Appellant**

**v.**

**Sakeenah Shabazz, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 91052, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on June 16, 2021. On July 26, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by August 5 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Prosecution

Filed: September 24, 2021